

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

―――――――――――――――――

No. 02-19-00170-CV

―――――――――――――――――

CRUZ VENZOR AND JUANA MUNOZ, Appellants

V.

AMG BT NOTE ONE, LLC, AND AUGUST REI HOLDINGS, LLC,
Appellees

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-306116-19

Before Pittman, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On June 24, 2019, we notified appellants that the trial-court clerk responsible for preparing the record in this appeal has informed us that appellants have not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, appellants arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because appellants have not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: July 30, 2019